# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EDWARD B. PANFORD,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV368 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **OMAHA WORLD HERALD, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion filed by William L. Switzer, Jr. to withdraw as counsel for the plaintiff (Filing No. 5). The motion states that the plaintiff has retained new counsel and requested the movant to withdraw from this matter. However, no new counsel has made an appearance. Additionally, the plaintiff filed his opposition to the motion and requests Mr. Switzer remain as his counsel. **See** Filing No. 7. Accordingly,

**IT IS ORDERED:**

1. The court will hold an evidentiary hearing on the motion filed by William L. Switzer, Jr. to withdraw as counsel for the plaintiff (Filing No. 5). The hearing will be held before the undersigned magistrate judge on **Monday, October 30, 2006 at 11:00 a.m.**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Mr. Panford is required to attend the hearing.

2. Any request to change the date or time of the hearing should be made by filing a motion with the Clerk of Court.

3. If the plaintiff's attorney is given leave to withdraw from representation of the plaintiff Edward Panford and no new counsel has entered an appearance on behalf of Mr. Panford, Mr. Panford may be deemed to be proceeding *pro se*.

4. The Clerk of Court shall mail a copy of this order to the plaintiff at:

> Edward B. Panford
> 4530 Jaynes Street
> Omaha, NE 68105

Dated this 26th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge