# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EDWARD B. PANFORD,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV368 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **OMAHA WORLD HERALD, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion filed by William L. Switzer, Jr. to withdraw as counsel for the plaintiff (Filing No. 5) and after a hearing on the matter on October 30, 2006. The plaintiff, Edward B. Panford, was present at the hearing. No new counsel has made an appearance on behalf of Mr. Panford. As part of the motion to withdraw, counsel sought an extension of time for the plaintiff to proceed with the case by serving the defendant with the complaint as required under the Federal Rules of Civil Procedure. Upon consideration,

**IT IS ORDERED:**

1. The motion filed by William L. Switzer, Jr. to withdraw as counsel for the plaintiff (Filing No. 5) is granted. The Clerk of Court shall stop all electronic notices to William L. Switzer, Jr. regarding this case.

2. The plaintiff, Edward B. Panford, shall have to **on or before November 30, 2006**, obtain legal counsel to represent him in this case. If counsel has not entered an appearance by that date, the plaintiff will be considered proceeding *pro se*.

3. The plaintiff shall have an extension **until December 20, 2006**, to effect service on the defendant, pursuant to Federal Rule of Civil Procedure 4.

4. The Clerk of Court shall mail a copy of this order to the plaintiff at:

> Edward B. Panford
> 4530 Jaynes Street
> Omaha, NE 68105

Dated this 30th day of October, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge